**Order entered September 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00256-CR

**JERRY MITCHELL MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 15-30283-CC-F**

## ORDER

We **GRANT** appellant's September 13, 2016 motion to amend his brief and **ORDER** the

amended brief received on August 26, 2016 filed as of the date of this order.


/s/      LANA MYERS
         JUSTICE